BRENT H. BLAKELY (SBN 157292)
bblakely@blakelylawgroup.com
CINDY CHAN (SNB 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, CA 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

Attorneys for Plaintiff, Counter-Defendants
and Third-Party Defendants

BOBBY A. GHAJAR (SBN 198719)
Bobby.ghajar@pillsburylaw.com
MARK D. LITVACK (SBN 183652)
Mark.litvack@pillsurylaw.com
MARCUS D. PETERSON (SBN 265339)
Marcus.peterson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendants, Counter-Claimants
and Third-Party Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BLK BRANDS LLC., a New Jersey Limited Liability Corporation,<br><br>    Plaintiff, Counter-Defendants and Third-Party Defendants,<br><br>    vs.<br><br>BLACKWATER INNOVATIONS CORP., a Canadian Corporation; IVAN SOLOMON, an individual; GORDON JUNG, an individual; and CREATIVE THINKERS, INC., a Canadian Corporation,<br><br>    Defendants, Counter-Claimants And Third-Party Plaintiffs<br><br>AND RELATED COUNTERCLAIMS | No. 2:11-cv-06378-GW-SS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER**<br><br>**[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]** |

1  Good cause appearing, the Joint Stipulation and [Proposed] Protective
2  Order is entered on this date.
3      IT IS SO ORDERED.
4
5  Dated: April _12_, 2012.
6
7                                                          /S/
8                              Honorable Suzanne H. Segal
                            U.S. District Court Magistrate Judge